■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRISTOPHER BRISTOLE, Appellant. [655 NYS2d 976] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Eng, J.), rendered January 17, 1996, convicting him of robbery in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (*see, People v Contes*, 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt.

Moreover, although the challenged summation comment made by the prosecutor was improper, the trial court averted any potential prejudice by properly instructing the jury that

the burden of proving the defendant's guilt remained with the People (*see, People v Steven*, 218 AD2d 678; *People v Berg*, 59 NY2d 294, 299-300; *People v Contreras*, 194 AD2d 685, 686).

The defendant's remaining contentions are either unpreserved for appellate review or without merit. Friedmann, J. P., Florio, McGinity and Luciano, JJ., concur.